## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 437 EAL 2016

           Petitioner          :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

        v.                 :

STACEY LANE,               :

           Respondent       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.